--

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, ) ) Plaintiff, ) ) vs. ) ) UNLIMITED HOLDINGS, INC., *et al.,* ) ) Defendants. ) ) | Case No. 2:10-cv-01288-GMN-PAL **ORDER** |

Before the court is the parties' Rule 26(f) Report and Stipulation to Amend the Discovery Plan and Scheduling Order (Dkt. #23) filed November 19, 2010. The parties request a six-month extension of the Discovery Plan and Scheduling Order deadlines. No discovery has been completed to date, and the parties were scheduled to exchange their initial disclosures November 19, 2010, the date the stipulation was filed. Counsel state that they have obtained appraisals for the subject property and are attempting to negotiate an early settlement of this case. If the matter does not settle, written discovery and expert discovery will be needed. Additionally, Defendant Mindy Slavis has not yet been located for service. Finally, there is a pending motion to dismiss filed by Defendant Sandra Sass.

Having reviewed and considered the matter, the court is not persuaded that the parties have established good cause for a six-month extension, or twice the amount of time deemed presumptively reasonable to complete discovery by LR 26-1(e). The court will extend the existing Discovery Plan and Scheduling Order deadlines by 90 days, and evaluate any further request for extension for a showing of good cause and that the parties could not complete discovery within the time allowed despite the exercise of due diligence.

**IT IS ORDERED**:

1.  The parties Stipulation and Proposed Order (Dkt. #23) is **NOT APPROVED** and is **DENIED.**

2. The existing Discovery Plan and Scheduling Order deadlines are extended 90 days as follows:

    a. Last date to complete discovery: **May 27, 2011.**

    b. Last date to amend pleadings and add parties: **February 26, 2011.**

    c. Last date to file interim status report: **March 28, 2011.**

    d. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **March 28, 2011.**

    e. Last date to disclose rebuttal experts: **April 27, 2011.**

    f. Last date to file dispositive motions: **June 26, 2011.**

    g. Last date to file joint pretrial order: **July 26, 2011.** In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

3. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

4. Applications to extend any dates set by this discovery plan and scheduling order shall, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension. All motions or stipulations to extend discovery shall be received no later than **4:00 p.m., May 7, 2011,** and shall fully comply with the requirements of LR 26-4.

Dated this 30th day of November, 2010.

_____
Peggy A. Leen
United States Magistrate Judge