# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>                        Plaintiff,<br><br>vs.<br><br>MINDY G. SLAVIS, TRUSTEE OF THE MINDY SLAVIS FAMILY TRUST, *et al.*,<br><br>                        Defendants. | Case No. 2:10-cv-01288-GMN-PAL<br><br>**ORDER**<br><br>(Mot. Enlarge Time to Serve - Dkt. #25) |

Before the court is Plaintiff's Motion to Enlarge Time for Service and for Leave to Serve Mindy G. Slavis by Publication (Dkt. #25), filed November 29, 2010. The court has reviewed the motion and the Declaration of Raleigh Thompson (Dkt. #26), and finds that the motion should be granted. As such,

**IT IS ORDERED:**

1. Plaintiff's Motion to Enlarge Time for Service and for Leave to Serve Mindy G. Slavis by Publication (Dkt. #25) is **GRANTED**.
2. Plaintiff shall have a 90-day extension, or until **February 28, 2011**, in which to serve Mindy G. Slavis.
3. Plaintiff shall serve Defendant Mindy G. Slavis by publication, in compliance with Fed.R.Civ.P. 4(e)1 and Nev.R.Civ.P. 4(e)(1)(I).

Dated this 10th day of December, 2010.

_____
Peggy A. Leen
United States Magistrate Judge