**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORP.,         ) | Case No. 2:10-cv-01288-GMN-PAL |
|           Plaintiff,    ) | |
|                  ) | **ORDER** |
| vs.                 ) | (Mtn to Subst - Dkt. #30) |
| MINDY G. SLAVIS, et al.,        ) | |
|           Defendants.   ) | |

This matter is before the court on a Substitution of Attorneys (Dkt. #30) filed January 5, 2011. It seeks to substitute Harold P. Gerwerter in the place and stead of Jaqueline S. Ackerman as attorney for Defendants Unlimited Holdings, Inc. and Sandra Sass, Trustee of the David Sass Family Trust, in this matter.  LR IA 10-6(c) requires that any stipulation to substitute attorneys shall be by leave of court and shall bear the signature of the attorneys and the client represented.  It provides that the signature of an attorney to substitute into a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order."  LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."  The Complaint in this case was filed on July 30, 2010. Accordingly,

**IT IS ORDERED** that Defendants' request to substitute Harold P. Gerwerter in the place and stead of Jaqueline S. Ackerman is GRANTED, subject to the provisions of LR IA 10-6(c) and (d).

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE