MORRIS PETERSON
Robert McCoy, No. 9121
Email: rrm@morrislawgroup.com
Raleigh C. Thompson, No. 11296
Email: rct@morrislawgroup.com
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

Attorneys for Plaintiff Federal Deposit
Insurance Corporation, as Receiver for
Community Bank of Nevada

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR COMMUNITY BANK OF NEVADA,<br><br>Plaintiff,<br><br>v.<br><br>MINDY G. SLAVIS, TRUSTEE OF THE MINDY SLAVIS FAMILY TRUST; UNLIMITED HOLDINGS, INC., a Nevada Corporation; SANDRA SASS, TRUSTEE OF THE DAVID SASS FAMILY TRUST; MINDY G. SLAVIS, an individual,<br><br>Defendants. | Case No. 2:10-cv-01288-GMN-PAL<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff Federal Deposit Insurance Corporation, as Receiver for Community Bank of Nevada ("FDIC"), defendants Mindy G. Slavis, individually, and Mindy G. Slavis, Trustee of the Mindy Slavis Family Trust, Unlimited

Holdings, Inc., and Sandra Sass, Trustee of the David Sass Family Trust, hereby stipulate to dismiss this case with prejudice, each party to bear its own attorney fees and costs.

| MORRIS PETERSON | GEWERTER LAW OFFICES |
|---|---|
| By /s/ Raleigh Thompson<br>Robert McCoy, No. 9121<br>Raleigh Thompson, No. 11296<br>900 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, Nevada 89101<br><br>Attorneys for Plaintiff Federal Deposit Insurance Corporation, as Receiver for Community Bank of Nevada | By /s/ Harold P. Gewerter<br>Harold P. Gewerter, No. 0499<br>2705 Airport Drive<br>North Las Vegas, Nevada 89032<br><br>Attorneys for Defendants Unlimited Holdings, Inc. and David Sass Family Trust<br><br>BLACK & LOBELLO<br><br>By /s/ Christopher D. Craft<br>Christopher D. Craft, No. 7314<br>10777 West Twain Ave., Suite 300<br>Las Vegas, Nevada 89135<br><br>Attorneys for Defendants Mindy G. Slavis, Individual, and Mindy G. Slavis, Trustee of the Mindy Slavis Family Trust |

## ORDER

**IT IS SO ORDERED** this 22nd day of December, 2011.

_____
Gloria M. Navarro
United States District Judge

2